UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JO ANN PEWITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:11-00070 |
| | ) JUDGE HAYNES |
| | ) |
| BUFFETS, INC., dba, | ) |
| HOMETOWN BUFFET, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The parties' joint motion to remand (Docket Entry No. 6) is **GRANTED**, and this action is **REMANDED** to the Circuit Court of Davidson County, Tennessee.

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the 25th day of February, 2011.

WILLIAM J. HAYNES, JR
United States District Judge